# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

## 19 CV 6065

Write the full name of each plaintiff.

Mariah Lopez

The Heritage Of Pride Inc, Inter Prid Inc,
The New York City Police Department

-against-

_____CV_____

(Include case number if one has been assigned)

## COMPLAINT

Do you want a jury trial?
☐ Yes   ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑   Federal Question

☐   Diversity of Citizenship

A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

1, 4Th and 14Th Amendments; The Clayton Act; The
Sherman Act, the Americans With Disabilities Act

B.  If you checked Diversity of Citizenship

1.  Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, Mariah Lopez , is a citizen of the State of
(Plaintiff's name)

New York

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, *New York Police Dept*, is a citizen of the State of
(Defendant's name)

*New York*

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

## A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

_____

First Name          Middle Initial          Last Name

_____

Street Address

_____

County, City                        State                Zip Code

_____

Telephone Number                    Email Address (if available)

If the defendant is an individual:

The defendant, *Heritage of Pride Inc* , is a citizen of the State of
(Defendant's name)

*New York*

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

If the defendant is a corporation:

The defendant, *Inter Pride Inc* is incorporated under the laws of

the State of *Texas*

and has its principal place of business in the State of

or is incorporated under the laws of (foreign state)

and has its principal place of business in

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

*Mariah*

First Name,          Middle Initial          *Lopez* Last Name

*1414 E 28th Street*
Street Address

*Brooklyn (kings)*     *NY*     *11210*
County, City               State          Zip Code

*212 470 9687*          *mariah4change@gmail.com*
Telephone Number          Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:  *Heritage of Pride Inc*

First Name          Last Name

*Producers of "Pride"*

Current Job Title (or other identifying information)

*154 5th Christopher Street*

Current Work Address (or other address where defendant may be served)

*New York     NY     10014*

County, City          State          Zip Code

Defendant 2: 

First Name          Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City          State          Zip Code

Defendant 3: *NYPD*

First Name          Last Name

*Police — City of NY*

Current Job Title (or other identifying information)

*1 Police Plaza*

Current Work Address (or other address where defendant may be served)

*NY          NY*

County, City          State          Zip Code

Defendant 4: _____

                First Name              Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City              State          Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _____

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Plaintiff contacted Heritage of Pride (From Now on the "Defendents") more than a year ago to Partner or compete with them, for events and other Corporate ~~are~~ (1) Corporate Sponsorship/Partnership opportunities

Defendents ~~[scribbled out]~~ (2) admit that Plaintiff either individually or in her capacty as Executive Director of "STARR; has Standing (Social, historical, quasi legal) to call for reform with, and compete for the ability to Shape the events, and marketing opportunities (3) Know as "NYC Pride"; "world Pride" or "Stonewall 50th (4) Defendents actions and willingness to afford

Plaintiff and Plaintiffs Organization some opportunities (Direct line of communications with Managing Director Chris Fredericks; Placement at the Front of the People of Color Contingent; list of Corporate Sponsorship/ Partnership opportunities) is Proof that Defendants look at Plaintiff and Plaintiffs org as "different" then other organizations.

These differences are part of the reason Plaintiffs were motivated to violate the law; to suppress their competition; to fight to control its ominence of the Pride Marketplace and industry →

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

ML

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

ML

Defendant 4:

_____
First Name                    Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                  State          Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _____

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Defendants have Stalled, as a tactic, to as a means of market Suppression. Defendants had more than a year to make certain changes; to take certain steps, to put plaintiff on a level playing field for competing w/ Corporations and donors for partnerships. The Pride "Industry" is worth Billions of dollars and is an engine for hundreds of millions of dollars worth of interstate commerce. The Defendants Heritage of Pride and InterPride Inc Control this industry and jointly dominate over competition * Since Heritage of Pride and InterPride are non Profits, which work with large Companies to "Produce" Pride and create "new" Products and Services, their dominance in the market/industry

Page 5

Since 2018 plaintiff has asked Defendents
for reasonable accomodations under the ADA
and Defendent has refused.

Since 2018 up until days ago, Plaintiff
begged Defendants to Provide accomodations
and to allow for fair competition w/ in the
Pride market; since time was limited,
Plaintiff focused on "doable" accomodations
and Defendants have refused.

*Plaintiff made Defendents aware that
Plaintiff would take legal action to seek
relief under th ADA, the Clayton and
Sherman Acts; and un der the 1st and
14TH Amendments of the Constitution

*Defendants have retaliated
by barring Plaintiff from Marching
In the "Pride Parade"

hurts consumers and stalls (or prevents) innovation. In the Pride "Market/industry" large corporations are also consumers; Defendants provide a service to large corporations by placing them w/in the Parade Pride Events and consulting w/ large business about new products and content.

Heritage of Pride is desperate not to lose its grip on "Pride" Black é Latino led organizations have every right to compete in the industry that is Pride Heritage of Pride has unique market Dominence because of its location and proximity to stonewall, on the history of the Pride march

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

As a person with disabilities I am prevented from attending or enjoying most Pride events because defendants refusal to make any changes.

Barring plaintiff from the Pride march violates the 1st and 14th Amendments; is related to in response to plaintiff asserting her rights (under the ADA, Sherman é Clayton Acts) The competition (plaintiff) and hoarded @mcorporate partnership worth millions

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

① Issue an order preventing Defendants from 1) Barring Plaintiff from Marching in the Pride march produced by the Defendants

② Enjoin the NYPD from issuing Parade permits for 2020 until this case is over,

③ Order the Defendants to make reasonable accomodations for plaintiff and other disabled Parade-goers .ie Rest Centers, and designated "priority movement" lanes for persons w/ Service Dogs

④ Block the Parade from going forward iE Defendants are believed to have ignored the ADA, Sherman and Clayton

Page 6

# V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| Dated | | Plaintiff's Signature |
| --- | --- | --- |
| First Name | Middle Initial | Last Name |
| Street Address | | |
| County, City | State | Zip Code |
| Telephone Number | | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

   If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

# Exhibit List

\* Note: plaintiff ask the court to excuse the rushed nature of all documents and filings in this initial Filing. Defendants left plaintiff w/ No choice but to sue. Also, plaintiff asks the court to disregard the "Legal AID" and "Lawyers For Children" "NYLA G" header on Some documents. They have Nothing to due with this Case; they helped with printing documents.

A - Email Communication w/ mention of Gov Cuomo's Staff who deal w/ TGLBQ issues

B \* Highlighted on P. 2, Defendants mention a "Partnership"
Email From Defendants Listing Corporate Sponsors; Partners

C Email Between Parties

D Email Between Parties

E. Email Between Parties

F. Email Between Parties

G. Proof of Defendants Knowledge of Plaintiffs "profile"; that Defendants began to view Plaintiff as a competitor

H. News Article About the Business industry/marketplace, called "Pride."

I. ~~Is~~ Not Plaintiffs complaint. Plaintiff Plans on Amending. But Exhibit I is a ~~nearly~~ Finished draft with more detail than there was space for on the Pre-produced Pro Se forms. Plaintiff will Finalize from Draft and file Amended Complaint

**Paris Wilkerson**

| | |
|---|---|
| **From:** | Arthur Bergevin <abergevin@lawyersforchildren.org> |
| **Sent:** | Thursday, June 27, 2019 1:55 PM |
| **To:** | Paris Wilkerson |
| **Subject:** | Fwd: Great meeting; New chapter |

---------- Forwarded message ---------
From: **mariah lopez** <mariah4change@gmail.com>
Date: Thu, Jun 27, 2019 at 11:58 AM
Subject: Fwd: Great meeting; New chapter
To: abergevin@lawyersforchildren.org <abergevin@lawyersforchildren.org>

---------- Forwarded message ---------
From: **Chris Frederick** <chrisf@nycpride.org>
Date: Mon, May 7, 2018 at 5:59 PM
Subject: Re: Great meeting; New chapter
To: <mariah4change@gmail.com>

If it's going to be more than the two of let me just discuss it internally so people have a heads up that you and I are potentially discussing with city / state officials.

We may be able to get both Matt and David Turley to come together for at least an initial meeting to discuss. Let me give a heads up internally and then can circle back with inviting Matt & David.

Blocked out 11am on the 24th in the meantime. Let's keep chatting.

CF

**Chris Frederick**
**Managing Director**
**Pronouns: He / Him / His**

NYC Pride | Heritage of Pride, Inc.
154 Christopher St., Suite 1D
New York, NY 10014
T: 212-989-2145
F: 212-807-7436
www.nycpride.org

On Mon, May 7, 2018 at 5:26 PM mariah lopez <mariah4change@gmail.com> wrote:
  Sounds great. See you then.

1

Would you mind if I invite Matt from the Mayor's office, and you invite someone from the Govs office, so we can cut out delaying in any work which requires both the City and State? I Don't care if the Mayor and Gov are bickering. Lol Pride can bring them together.

Curfew policy variance, and/or any green light for (public) Ferry talks, will both require joint City/State impetus.

Sooo excited.


On May 7, 2018 5:09 PM, "Chris Frederick" <chrisf@nycpride.org> wrote:
How does 11am sound?


**Chris Frederick**
**Managing Director**
**Pronouns: He / Him / His**

NYC Pride | Heritage of Pride, Inc.
154 Christopher St., Suite 1D
New York, NY 10014
T: 212-989-2145
F: 212-807-7436
www.nycpride.org


On Mon, May 7, 2018 at 4:59 PM mariah lopez <mariah4change@gmail.com> wrote:
Perfect. The 24th sounds great. What time?

On May 7, 2018 4:45 PM, "Chris Frederick" <chrisf@nycpride.org> wrote:
Hey Mariah,

It was really great to connect today. I really do appreciate you speaking with me. I think there is a real opportunity for us to grow the partnership as we go into 2019. I would love to get something on the calendar. How does the afternoon of the 24th look for you?

CF


**Chris Frederick**
**Managing Director**
**Pronouns: He / Him / His**

NYC Pride | Heritage of Pride, Inc.
154 Christopher St., Suite 1D
New York, NY 10014
T: 212-989-2145
F: 212-807-7436
www.nycpride.org

2

On Mon, May 7, 2018 at 4:30 PM mariah lopez <mariah4change@gmail.com> wrote:
---------- Forwarded message ----------
From: "mariah lopez" <mariah4change@gmail.com>
Date: May 7, 2018 4:27 PM
Subject: Great meeting; New chapter
To: <chrisf@nycpide.org>
Cc:

Hey Chris

I want to thank you again for meeting with me today on short notice and for being so receptive. I truly believe we opened a new chapter today. STARR and HOP working together on Pride events in order to ensure inclusivity throughout Pride events, as well as our coming together on social justice and civic issues (like decriminalization of sex work, or building support for a Ferry for Pier 45) will be epic! The Queeelr Gods will be pleased. Lol I also believe that my mom Sylvia and aunt Marsha are smiling at this budding alliance from above.

"Enough fighting each other...fight the system; fight for change...!" is what I think Mom and Marsha would say lol.

Let's work together on next steps, please. Can we meet sometime again in the next two weeks (before I ask STARR folk to begin to participate in public HOP stuff, such as open committee meetings)? I think a second meet soon would help us in deciding an 'order of operations' and a PR strategy which for rolling out a STARR/HOP alliance.

As a reminder, STARRs easiest ask is for HOP to include STARR in planning Pride celebration (starting, yesterday) so that certain issues (such as wheelchair accessible; youth and historically POC spaces) have both STARR and HOP working on them and are addressed by Pride weekend. *HOP and STARR must encourage and education about Marsha/The Pier/Ballroom, and work together to make sure Pride Sunday is a day where traditions (like voguing on the Pier, youth just hanging out) are passed on to new generations. Using the Pier at a "destination" on Pride weekend opens up the entire west side waterfront to pedestrian Pride traffic, and honors POC and Marsha.

I'm sending a bunch of stuff via email for background and context, so get ready!:))

Please REACH out with any questions.
--
*Mariah Lopez*
Executive Director
**STARR**, Founded 1969.


--
Arthur D. Bergevin
Administrative Assistant
Lawyers For Children
110 Lafayette Street, 8th Floor
New York, NY 10013
(212) 966-6420

**Paris Wilkerson**

| | |
|---|---|
| **From:** | Arthur Bergevin <abergevin@lawyersforchildren.org> |
| **Sent:** | Thursday, June 27, 2019 1:55 PM |
| **To:** | Paris Wilkerson |
| **Subject:** | Fwd: Marsha Memorial: Pier 45 during Pride |

---------- Forwarded message ---------
From: **mariah lopez** <mariah4change@gmail.com>
Date: Thu, Jun 27, 2019 at 12:05 PM
Subject: Re: Marsha Memorial: Pier 45 during Pride
To: abergevin@lawyersforchildren.org <abergevin@lawyersforchildren.org>

On Thu, Jun 20, 2019 at 12:34 AM Chris Frederick <chrisf@nycpride.org> wrote:
It's likely too late in the process to try to get funding with it being less than a week or two out. We start funding conversations in August for the upcoming year. Usually end the dialogue in early February. I'd say to start the conversations a bit earlier next year so we can maximize fundraising potential.

CF

**Chris Frederick**
**Executive Director**
**Pronouns: He / Him / His**

**NYC Pride | Heritage of Pride, Inc.**
**112 Christopher St.**
**New York, NY 10014**
**T: 212-989-2145**
**F: 212-807-7436**
**www.nycpride.org**

On Wed, Jun 19, 2019 at 1:51 PM mariah lopez <mariah4change@gmail.com> wrote:
Hey, even though it's been mooonths and moooooonths since HOP was taking steps to connect STARR to the Corporate entities in this list......think it's too late to ask one of them to step in and help STARR out? We could use the help (esp with Julia, Tasha and Cellia)....keeping the Pier open, would be an easier sell, with a corporate sponsor footing the bill; not making a dime.

STARR has a meeting with HRPT tomorrow 11am to discuss Pier/Pride Public-event options.... also an event on or about the day Marsha's body washed up (7/6).

Please let me know asap. Thanks

Ps, more than one Corporate Sponsors/Partners ....would be great. We simply want to connect them to the "people" lol. Some swag and food for disabled/poor folk would be awesome! STARR is throwing a BBQ in Fort Greene Park on Pride Sunday (Late!!!! Lol 5p- 10ish). Perhaps a partnership?

On Tue, Mar 12, 2019 at 8:56 PM Chris Frederick <chrisf@nycpride.org> wrote:
 Good to chat with everyone yesterday!

Here's the current list of top 10 potential options:

Sephora
T-Mobile
Northwell Health
Unilever
MAC
H&M
Gap
Facebook
Bumble
Microsoft

Let me know your thoughts.

CF


**Chris Frederick**
**Executive Director**
**Pronouns: He / Him / His**

**NYC Pride | Heritage of Pride, Inc.**
**154 Christopher St., Suite 1D**
**New York, NY 10014**
**T: 212-989-2145**
**F: 212-807-7436**
**www.nycpride.org**



On Sun, Mar 10, 2019 at 8:33 PM PAUL LUCAS <pklucas@mac.com> wrote:
 Works for me.

All the best,

Paul

PAUL LUCAS
Producer/Playwright
pklucas@mac.com
+1.646.286.3625

DISCLAIMER: This e-mail (including any attachments) is intended for the above-named person(s). It is confidential and may contain legally privileged information.  If you receive it in error, please delete it, inform the sender, and do not copy, distribute or take any action in reliance upon it.



**Arthur Bergevin <abergevin@lawyersforchildren.org>**

## Fwd: Star Website
1 message

**mariah lopez <mariah4change@gmail.com>**                     Thu, Jun 27, 2019 at 11:50 AM
To: "abergevin@lawyersforchildren.org" <abergevin@lawyersforchildren.org>

---------- Forwarded message ---------
From: **Chris Frederick** <chrisf@nycpride.org>
Date: Mon, May 14, 2018 at 6:01 PM
Subject: Star Website
To: mariah lopez <mariah4change@gmail.com>

Do you guys have a website somewhere where I can refer people to learn more about STAR when introducing you?

**Chris Frederick**
**Managing Director**
**Pronouns: He / Him / His**

**NYC Pride | Heritage of Pride, Inc.**
**154 Christopher St., Suite 1D**
**New York, NY 10014**
**T: 212-989-2145**
**F: 212-807-7436**
**www.nycpride.org**



--
*Mariah Lopez*
Executive Director
STARR, Founded 1969.



**Arthur Bergevin <abergevin@lawyersforchildren.org>**

## Fwd: Mariah Lopez Intro - Rally Idea
2 messages

**mariah lopez <mariah4change@gmail.com>**                              Thu, Jun 27, 2019 at 11:51 AM
To: "abergevin@lawyersforchildren.org" <abergevin@lawyersforchildren.org>

---------- Forwarded message ---------
From: **Chris Frederick** <chrisf@nycpride.org>
Date: Mon, May 14, 2018 at 5:42 PM
Subject: Mariah Lopez Intro - Rally Idea
To: Amanda Younger <amanda@nycpride.org>, Darragh Dandurand <darragh@nycpride.org>
CC: mariah lopez <mariah4change@gmail.com>

Hi All,

Wanted to introduce you to Mariah Lopez. She was hoping to work with the city to do an announcement at this year's Rally. I'll let her provide further details on this initiative. Think it could be a great fit for the Rally.

Mariah,

Amanda is our Event Manager for the Rally and Darragh Dandurand is our Rally Board Director. They would be your point of contact for all things Rally.

Best,

Chris

**Chris Frederick**
**Managing Director**
**Pronouns: He / Him / His**

**NYC Pride | Heritage of Pride, Inc.**
154 Christopher St., Suite 1D
New York, NY 10014
**T: 212-989-2145**
**F: 212-807-7436**
www.nycpride.org

--
*Mariah Lopez*
Executive Director
STARR, Founded 1969.

**mariah lopez <mariah4change@gmail.com>**                              Thu, Jun 27, 2019 at 11:52 AM

To: "abergevin@lawyersforchildren.org" <abergevin@lawyersforchildren.org>


---------- Forwarded message ---------
From: **mariah lopez** <mariah4change@gmail.com>
Date: Mon, May 14, 2018 at 6:07 PM
Subject: Re: Mariah Lopez Intro - Rally Idea
To: Amanda Younger <amanda@nycpride.org>
CC: McMorrow, Matthew <MMcMorrow@cityhall.nyc.gov>


Hey Amanda

Thanks for your quick response. Basically STARR had a soft commitment from a contact with the Mayor's community affairs office to honor Sylvia and Marsha (STARR) with a proclamation recognizing their contributions to multiple movements.

I was told that there needed to be an event or ceremony to connect the Dedication/Proclamation to, in order for the Mayor's office to okay such an honor. STARR and the Mayor's office agreed to work towards Trans Day Of Remembrance in November.

Pride (the Pride rally) however lol...is a much more appropriate time to honor Sylvia/Marsha/STARR, in my opinion. With HOP's permission I'd be honored if STARR could utilize the rally as an event to receive said proclamation (if, it's possible on the Mayor's office side of things).

*If we can pull this off, Mayor's office will probably read something; couldn't take more than 4, 5 min tops (!), then a bried photo op with myself, HOP and a few community folks. I have no intention of speaking longer than 30 seconds, apart from a quick 'Thanks' as Sylvia's daughter, current STARR E.D..

I'd like the crowd to learn about Sylvia and Marsha, and to see STARR still exists.


On May 14, 2018 5:45 PM, "Amanda Younger" <amanda@nycpride.org> wrote:
> Hey Mariah,
>
> Thank you for your interest in participation in the Rally. Look forward to hearing from you about the
> announcement. Is this with a specific dept of the City? or an announcement to the City?
>
> BEst,
> Amanda
>
>
> On Mon, May 14, 2018 at 5:42 PM, Chris Frederick <chrisf@nycpride.org> wrote:
>> Hi All,
>>
>> Wanted to introduce you to Mariah Lopez. She was hoping to work with the city to do an announcement at
>> this year's Rally. I'll let her provide further details on this initiative. Think it could be a great fit for the Rally.
>>
>>
>> Mariah,
>>
>> Amanda is our Event Manager for the Rally and Darragh Dandurand is our Rally Board Director. They
>> would be your point of contact for all things Rally.

Best,

Chris

**Chris Frederick**
**Managing Director**
**Pronouns: He / Him / His**

**NYC Pride | Heritage of Pride, Inc.**
**154 Christopher St., Suite 1D**
**New York, NY 10014**
**T: 212-989-2145**
**F: 212-807-7436**
**www.nycpride.org**

--
**Amanda M Younger**
**Events Manager**

**NYC Pride | Heritage of Pride, Inc.**
**154 Christopher St., Suite 1D**
**New York, NY 10014**
**T: 212-807-6314**
**F: 212-807-7436**
[Quoted text hidden]



**Arthur Bergevin <abergevin@lawyersforchildren.org>**

---

## Fwd: Recap, yesterdays meeting
1 message

---

**mariah lopez** <mariah4change@gmail.com>                                      Thu, Jun 27, 2019 at 11:53 AM
To: "abergevin@lawyersforchildren.org" <abergevin@lawyersforchildren.org>

---------- Forwarded message ----------
From: **Zoe Gorringe** <zoe@nycpride.org>
Date: Fri, Jun 15, 2018 at 6:46 PM
Subject: Re: Recap, yesterdays meeting
To: mariah lopez <mariah4change@gmail.com>

Hey Mariah!

Just want to confirm on Columbia Research Staff - is this a separate registered group?

Best
Zoe


On Fri, Jun 15, 2018 at 11:11 AM, mariah lopez <mariah4change@gmail.com> wrote:
> Hey Darragh and Chris,
>
> Sending this email as a recap of what was discussed and agreed upon yesterday during our meeting to
> discuss the Pride Rally and other events.
>
> 1. Pride Rally Speech (My plan is to arrive my 5pm);
> Speech will be 4/5 minutes long. Will cover (briefly..) history of Trans movement, STARR, and issues which
> we ALL must dedicate time to addressing, including homeless/poverty, HIV/AIDS, and passage of GENDA in
> time for World Pride 19. *I will attempt to coordinate with NAN and the Rev Al Sharpton to see if he or
> another NAN rep can occupy space with STARR on stage during my remarks.
> **HOP has committed, as per my request, approximately 1 min for the Rev Sharpton to wish the crowd
> happy Pride and to push for GENDA, if he so chooses. I believe that New York can use all of the help
> it can get to push GENDA and keep it in the press and media as a priority for elected officials this fall
> if and when Dems take back the legislature.**
>
> 2. Pride March, 6/24 12 noon;
> Columbia Research Unit staff will be marching will STARR (they will have a small banner). Also, STARR
> asking the youth and staff of at least three non profits to join STARR in the front of the march; Ali Forney
> Center, National Action Network Youth Huddle, and New Alternatives.
>
> Having the youth, especially many homeless and foster youth, up front, is what Sylvia and Marsha would
> want, and give the youth the most time to party after the march, in ways that are age appropriate and family
> friendly.
>
> Given all the recent press coverage of queer youth and young adult issues, (STARR and HOP) making sure

---

the front of the march is appropriately lead by these same resilient individuals, simply makes sense.

I am including appropriate NAN, New Alternatives, AFC, and Columbia staff in this email. I will also send a follow up email to each individual org' to ensure maximum coordination and communication on all ends.

I'm super excited......it's almost Here! YAAAAAAYYYY


--
**_Mariah Lopez_**
_Co_-Executive Director, FGCC (formerly the _Fort Greene Youth Patrol_).
Executive Director
**STARR**, Founded 1969.
starrnationalsupport.squarespace.com


--
**Zoe Gorringe**
**March Coordinator**

**NYC Pride | Heritage of Pride, Inc.**
**154 Christopher St., Suite 1D**
**New York, NY 10014**
Tel: (212) 807-6327
--
**_Mariah Lopez_**
Executive Director
**STARR**, Founded 1969.



**Arthur Bergevin <abergevin@lawyersforchildren.org>**

---

## Fwd: Scheduled Meeting, HOP and STARR
1 message

---

**mariah lopez** <mariah4change@gmail.com>    Thu, Jun 27, 2019 at 11:55 AM
To: "abergevin@lawyersforchildren.org" <abergevin@lawyersforchildren.org>

---------- Forwarded message ---------
From: **mariah lopez** <mariah4change@gmail.com>
Date: Tue, Jun 4, 2019 at 4:41 PM
Subject: Fwd: Scheduled Meeting, HOP and STARR
To: David Contreras Turley <David.Turley@exec.ny.gov>, Jason Starr <Jason.Starr@exec.ny.gov>
CC: Alphonso.David@exec.ny.gov <Alphonso.David@exec.ny.gov>, Aryah Elie <aryah69@gmail.com>,
Nathanael Holley <nate.holley@gmail.com>, Sharron Cooks <msscooks@gmail.com>,
syria_jackson@hotmail.com <syria_jackson@hotmail.com>

Hello

The issues being discussed at the meeting between STARR and HOP are of the utmost importance; Cultural
sensitivity, Trans-prominence, historical accuracy.

New York State funded World Pride material (media, literature and other material sold and displayed at the new
World Pride pop-up shops) does not reflect STARR, and it's/our contributions and accomplishments. Race and
class seem to be factors in this revisionist history. These sites (World Pride pop up shops with NYS tax payer
dollars) and related material, combined with the March/procession implies a false narrative. Visitors and
tourists are effectively being lied to.

These visitors and tourists are given the impression that STARR no longer exists. I have cc'd multiple STARR
chapter heads and members. I've also bcc'd Trans United Fund, which is STARRs fiscal conduit.

Trying to erase us, isn't gonna work.

David, can you make the meeting at HOP next Monday night?

---------- Forwarded message ---------
From: **Chris Frederick** <chrisf@nycpride.org>
Date: Mon, Jun 3, 2019 at 4:05 PM
Subject: Scheduled Meeting
To: mariah lopez <mariah4change@gmail.com>
CC: Maryanne Roberto <maryanne@nycpride.org>, David Studinski <studs@nycpride.org>

Hi Mariah,

Apologies for the delay in getting back to you. I'd like to set up a meeting between yourself, our Co-Chairs, and
myself. It looks like we could do this on June 10th at 6pm or June 11th at 5pm at 154 Christopher St. Would
you be free for an open discussion about your concerns during those times? Please let us know.

Case 1:19-cv-06065-CM   Document 2   Filed 06/27/19   Page 26 of 67

Best,

Chris

**Chris Frederick**
**Executive Director**
**Pronouns: He / Him / His**

**NYC Pride | Heritage of Pride, Inc.**
112 Christopher St.
New York, NY 10014
**T: 212-989-2145**
**F: 212-807-7436**
www.nycpride.org

--
*Mariah Lopez*
Executive Director
**STARR**, Founded 1969.

--
*Mariah Lopez*
Executive Director
**STARR**, Founded 1969.



Arthur Bergevin <abergevin@lawyersforchildren.org>

## Fwd: Shoot Tomorrow for NYC Pride March Telecast
1 message

**mariah lopez** <mariah4change@gmail.com>
To: "abergevin@lawyersforchildren.org" <abergevin@lawyersforchildren.org>

Thu, Jun 27, 2019 at 11:53 AM

---------- Forwarded message ---------
From: **Karen DeMasi** <Karen.DeMasi@img.com>
Date: Tue, Jun 5, 2018 at 12:44 PM
Subject: Shoot Tomorrow for NYC Pride March Telecast
To: mariah lopez <mariah4change@gmail.com>
CC: Chris Frederick <chrisf@nycpride.org>, Nikkita Thompson <nikkita@nycpride.org>, Dan Gingold <dgingold@gmail.com>

Hi Mariah – we are confirmed for tomorrow at 3:00PM at Christopher Street Pier to interview you and Erica.   Please confirm.  Many thanks

Karen

Karen DeMasi | IMG Original Content

Coordinating Producer

Karen.demasi@img.com

O: 212-774-4614 | C: 917-769-6344

The preceding e-mail message (including any attachments) contains information that may be confidential, may be protected by the attorney-client or other applicable privileges, or may constitute non-public information. It is intended to be conveyed only to the designated recipient(s) named above. If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete all copies of it from your computer system. Any use, dissemination, distribution, or reproduction of this message by unintended recipients is not authorized and may be unlawful.

SIGN IN

# FT Magazine

# The business of gay pride

## Pride events have become a commercial success, but are they losing sight of their political roots?







Case 1:19-cv-06065-CM   Document 2   Filed 06/27/19   Page 32 of 67

*The Pride march along Fifth Avenue, New York, June 2016 © Daniel Shea/Webber Represents*

"Gay Christmas", more formally known as Pride, is held in New York every June. InterPride, which represents Pride organisers around the world, estimates that New York's is one of the three biggest such events, along with those in Madrid, held each July, and São Paulo in May. This year, NYC Pride included not only the march for which the movement is famous — during which two million spectators line the streets of Manhattan to cheer the passing floats of big brands and non-profit organisations — but also the party on the pier (a woman's event called Teaze), a VIP

rooftop party and, at the start of the week, a Pride Luminaries Brunch, a $50-a-ticket event serving canapés including cubes of French toast and pieces of bacon, held in clothes pegs suspended along a string.

© Daniel Shea/Webber Represents

The man responsible for New York's week-long "event series", as he puts it, is Chris Frederick, a friendly, articulate 33-year-old with a background in events management. Since he became managing director in 2009, NYC Pride has grown "pretty dramatically", he tells me when we meet at the organisation's small basement offices in the West Village, where he sits at a desk with a plaque bearing the words: "Get it, girl." The event's budget has almost trebled in that time. This year's total is an estimated $2.4m; about half comes from sponsorship, which has increased by a factor of 10 over the course of his tenure; the rest comes from ticket sales, fundraising events and float registration fees. Over the same period, the number of people attending the march has grown by a third. (The make-up of the crowd

Case 1:19-cv-06065-CM   Document 2   Filed 06/27/19   Page 34 of 67

has changed too: a survey undertaken by NYC Pride in 2014 found that more than a quarter of people at the march identified as straight, a figure Frederick calls "kind of mind-bogglingly" high.)





*The police raid on the Stonewall Inn on June 28 1969 led to riots that served as a catalyst for the LGBT Movement © NY Daily News Archive/Getty Images*

The global Pride movement began on June 28 1969, about a mile uptown from the Teaze pier, when police raided the Stonewall Inn, a gay bar on Christopher Street in the West Village, and provoked a riot among its patrons that lasted for two days. "Gay power! Isn't that great!" remarked the

Beat poet Allen Ginsberg, who lived nearby, after hearing about the commotion. "It's about time we did something to assert ourselves."

▾Advertisement ▾



headspring
*Complex issues can't be solved by generic solutions.*

WE LISTEN.
WE CHALLENGE.
WE CO-CREATE.

DISCOVER HOW

FT  ie

The annual marches and events — mainly small, commemorative LGBT-rights protests — that took place in the first few years following the riot would be almost unrecognisable to modern Pride supporters. The Reverend Troy Perry, one of the organisers of the first Pride parade in Los Angeles in 1970, has said that when he requested a permit for the event, the local police chief told him it "would be the same as giving a permit to a group of thieves and robbers". This year in New York, by contrast, an NYPD police vehicle, painted with rainbow stripes and bearing a sign reading "NYPD out and proud", was part of the parade.

At the start of this year's march, between police barriers, drag queens and assorted celebrities and politicians (including Democratic presidential candidate Hillary Clinton), I find Sue Doster, a warm, bushy-haired volunteer who has been on the board of NYC Pride on and off since 1990. Her role today is "strategic planning director", and she surveys the screaming millions before her with a demeanour somewhere between Mary Poppins and a military leader. "Controlled chaos!" she shouts over the racket. "That's the best we can hope for!"

© *Daniel Shea/Webber Represents*

New York's Pride is at the forefront of a phenomenon that is proliferating around the world. "The pride movement has grown drastically in the past 10 years," says Frank van Dalen, vice-president of InterPride. The organisation is in the process of compiling a complete record of all the events in the world; so far it has identified 944.

Among the newest Prides, according to Van Dalen, are those launched in traditionally homophobic countries such as Rwanda, in 2014, and Jamaica, in 2015. Meanwhile, those

Case 1:19-cv-06065-CM   Document 2   Filed 06/27/19   Page 38 of 67

already in existence are growing rapidly, even in more politically conservative areas. Matt Comer, a board member of Charlotte Pride, North Carolina, the state that in March this year passed the infamous HB2 "bathroom bill" (an act that, among other things, eliminates anti-discrimination protections for all LGBT people and legislates that individuals may only use bathrooms that correspond to the sex they were assigned at birth), describes the growth of their event in recent years as "phenomenal". He estimates that attendance has increased tenfold to 120,000 people between 2010 and 2015.

*The Diet Coke float at NYC Pride 2016 © Daniel Shea/Webber Represents*

If brands were a big feature of the Teaze party, at the main New York march they threaten to be the main attraction. An enormous silver Diet Coke float rolls down Fifth Avenue blaring out Shania Twain's "Man! I Feel Like a Woman!", while cast members from *Orange is the New Black*, the popular TV series about inmates at a women's prison, wave regally from the deck of a giant orange Netflix float. At the

far end of the route, an enormous billboard for Google's Android phone operating systems, a mosaic of rainbow-coloured phone screens, towers over the Stonewall Inn: "Be together, not the same."

Corporate sponsorship of the world's bigger Prides is not new. At the archive of the Lesbian, Gay, Bisexual & Transgender Community Center in the West Village, there are old programmes from past New York events: up until the early 1990s, they were populated almost entirely with adverts for adult video stores and Aids medications. But in 1996 Miller Lite beer came on board as a major sponsor. Over the past decade, there has been a significant upswing in businesses targeting these events — and the gay community in general.

© *Daniel Shea/Webber Represents*

"Companies are becoming much more comfortable with being a part of Pride celebrations," says Frederick. His previous experience in events marketing has to an extent facilitated this: according to Sue Doster, the Pride

organisation has benefited from his ability to build lasting relationships with brands. "That was his charge," she says: "'Bring in the sponsors.'" This year, 16 Global Fortune 500 corporations, including Walmart, Delta, AXA, Netflix, Bud Light, Unilever, BNP Paribas, Nissan and Disney, sponsored the New York event, a number that has almost doubled since 2012. T-Mobile was this year's presenting sponsor, the top level of corporate partnership, which Frederick says usually costs about $175,000. London's Pride, though half the size of New York's, has experienced similar growth in the past decade: its sponsorship revenue, which this year stood at £400,000, has grown 250 per cent since 2013.

*Tiffany last year featured a gay couple in an ad for engagement rings for the first time in its history © Tiffany & Co/Peter Lindbergh*

The influx of funding mirrors a broader shift in the advertising industry; companies that were once reluctant to market to gay consumers now target them with vigour. One of the first gay-oriented adverts was a VW Golf commercial from 1997 titled "Sunny Afternoon", featuring two men, who may or may not be a couple. (It debuted during the famous coming-out episode of the sitcom *Ellen*.) Nearly two decades later, in January 2015, the jeweller Tiffany & Co featured a

gay couple in an ad for engagement rings for the first time in its 178-year history. In June, Bud Light ran a TV ad in which the comedians Seth Rogen and Amy Schumer are guests at a gay wedding — "Bud Light proudly supports everyone's right to marry whoever they want," says Rogen, before the pair toast the grooms.

"Brand activations" at Pride events have also become increasingly sophisticated. In July 2014, Burger King and the advertising agency David launched a product called the "Proud Whopper" during San Francisco Pride. The only difference from its regular burgers was its rainbow wrapping, which opened to reveal the slogan: "We're all the same inside." (After eating the Whopper, a girl interviewed for the agency's promotional video says: "A burger has never made me cry before.") At this year's NYC Pride, in a nod to North Carolina's "bathroom bill", there was a MasterCard-sponsored toilet that could be used by anyone applying their hands to a heart-shaped pulse sensor, the idea being that anyone with a heartbeat could use it. "This restroom accepts all humans," read the tagline.

*T-Mobile's float at NYC Pride 2016 © Stuart Ramson/AP*

The appeal of the gay community to brands is multifaceted. Its combined global spending power is estimated at $3.7tn a year, according to a 2015 report by LGBT Capital, a corporate advisory and investment management company

focused on the LGBT consumer market. Perceived traits such as style-consciousness, the early adoption of new products, and a higher-than-average disposable income make gay consumers a profitable target demographic, says Daphne Kasriel-Alexander, a consumer trends consultant at Euromonitor.

Brands are also increasingly recognising the cachet that comes with aligning themselves with progressive social causes. "There's this moment where a controversial cultural norm begins to shift," says Jonah Sachs, co-founder of the brand and innovation firm Free Range and author of *Winning the Story Wars* (2012). "And if you hit it exactly right, when it's already sort of tipped but has not yet been seized upon, you get a first-mover advantage in terms of seeming highly socially relevant."

"Diversity and inclusion is at the heart of our culture," says Liz Sullivan, an executive vice-president at T-Mobile US, when I ask about its sponsorship of Pride. "Every year, thousands of T-Mobile employees, allies and their families participate in dozens of Pride events across the country, so, of course, we want to do everything we can to support them." When I contacted Barclays, joint headline sponsor of Pride in London, it invited me to its first LGBT "thought leadership" event, where a panel including the first transgender Barclays branch manager and the out former Wales rugby player Gareth Thomas discussed the importance of living life with "#nofilter", the hashtag adopted as a promotional slogan for this year's event.

*Sue Doster, left, of NYC Pride, with her wife Audrey Luce © @Daniel Shea/Webber Represents*

According to Chris Frederick, the increasingly prominent role played by sponsors allows Pride to keep pace with the demands of its growing audience. "Everyone wants Madonna to show up at the event," says Frederick. "Everyone wants top-notch production; everyone wants an amazing experience — you can't do that without funding." NYC Pride, which earns revenue from some ticketed events but which does not charge the public for attendance at the main parade, relies heavily on sponsorship to cover the rest of its running costs. It struggles to solicit individual

donations. "I don't think we'll ever be the Ice Bucket Challenge," says Sue Doster.

But for many, commercialisation comes at too high a price. At Reykjavik Pride in Iceland (attended each year by a third of the country's 300,000 population), sponsors are prevented from displaying logos at the march — they are featured, instead, on the event's website and in ads in its magazine. "The reason," says the event's treasurer Gunnlaugur Bragi Bjornsson, "is to keep the focus on the cause, what we have achieved and what is yet to be won. One of our challenges is to not get too mainstream and lose sight of our main goals; we believe it's likely that corporate floats would outshine our important message."

In New York, a few days before the Pride march, I meet Kiki, 31, a drag performer wearing thick, Amy Winehouse-style eyeshadow, and his friend Leela, 33, a black trans woman in a snugly fitting bodycon dress. They tell me they will be going to Pride that weekend, but with reservations. "The true meaning is gone," says Kiki, drawing on a vape. They are disillusioned not just with Pride's commercialisation but also with the fact that, as its political power has been diluted, it has lost sight of the remaining groups who still suffer discrimination, such as transgender people. "Now," says Kiki, "it's just a party on wheels going down the street."

© Daniel Shea/Webber Represents

Behind the question of whether or not Pride has become overly commercialised is another, larger one: if many of the barriers that existed to LGBT equality in 1969 have since been overcome, at least in the west, what is the purpose of the event today at all? When I ask Michael Bronski, author of *A Queer History of the United States* (2011) and a professor of women and gender studies at Harvard, if corporate involvement is threatening to dilute the message of Pride, he points out that "it depends what you mean by 'message'".

Pride's identity, he says, has undergone a gradual but significant shift over the past half-century. "These events really switched from an overtly political stand to one that is more inclusive of lots of people, more embracing of a broader 'Pride' agenda — meaning, to feel good about being gay, rather than demanding change." What was once a "march", he adds, is now, tellingly, more widely referred to as a "parade". He argues that depoliticisation is inevitable as an event becomes mainstream. "The larger a movement gets, the more conservative it becomes, because its message gets watered down. If Black Lives Matter became really, really big, they'd be much less radical than they are now."

*Marchers with a banner at Pride in Entebbe, Uganda, in August last year ©*
*Isaac Kasamani/AFP/Getty Images*

Elsewhere in the world, Pride remains radical; a necessary, and often brave, riposte to violence and oppression. Early this month, during a week of Pride events in Uganda, police raided a beauty pageant that featured transgender contestants. They arrested more than 16 people and, according to Human Rights Watch, "detained hundreds more for over 90 minutes, beating and humiliating people; taking pictures of lesbian, gay, bisexual, transgender, and

intersex Ugandans and threatening to publish them". One person jumped from a sixth-floor window to escape police violence.

Same-sex conduct remains punishable with jail time in Uganda under a colonial-era "anti-sodomy" provision; according to Maria Burnett, a senior researcher for the Africa division of Human Rights Watch, there has been "a significant escalation in vitriolic homophobic rhetoric from government officials over the past 10 years". Isaac Mugisha, the co-ordinator of Pride Uganda, perseveres in running five days of events every year: as well as a lesbian and bisexual night and a beauty pageant, Pride also includes a visit to a local hospital, and the distribution of lubricants and condoms on the streets of Kampala.

*Demonstrators taking part in the first mass rally in support of gay rights on July 26 1969 in New York © Fred W. McDarrah/Getty Images*

The event has been running since 2012, and has not yet secured a sponsor. Mugisha offers an interesting perspective on the question of commercialisation: he tells me that the involvement of business would help to promote his cause,

lending it visibility and legitimacy in the eyes of the rest of the population. "One of the things that is really most important is getting private companies supporting Pride," he says. "That [would be] a huge achievement to us, because that would mean that the responsibility was shifting from ordinary individuals and becoming a national cause — that all Ugandans would look at this as a human rights struggle."

In the US, although the gay rights movement has made great strides, there are still battles to be fought. Almost exactly a year after a Supreme Court ruling legalised gay marriage across the US, the nation suffered the deadliest attack on LGBT people in its history. On June 12, Omar Mateen shot and killed 49 people in a gay nightclub in Orlando, Florida. At the front of the New York Pride march two weeks later, the massacre was marked by 49 people wearing veils over their faces, each carrying a white sign bearing the name and date of birth of one of the victims.

At the Luminaries Brunch I meet Robert Pinter, a man in his sixties. "I get emotional just talking about it," he says when we discuss the Orlando killings. "It resonates with every single LGBT person." He points out that gay people continue to suffer violence in the US that often goes unreported. He gestures for me to feel his forearm, where there is a small solid ball under the skin — a bullet from a drive-by shooting that took place outside a gay bar in Milwaukee when he was a teenager. "You talk about terrorism," he says. "To feel as a gay person every time you go on the street, if you're identified as gay, you can be subject to some sort of violent attack by someone who's a hateful person — it's something that we've pretty much all been conditioned to deal with on a daily basis."

*Drag queen Jessie Hatter at NYC Pride in June © Daniel Shea/Webber Represents*

It is in this respect that Pride, even if its politics have been attenuated, remains powerful; it provides a safe and convivial space, free from fear and judgment, for individuals who may have suffered discrimination elsewhere. And in a consumer society, the presence of big, market-leading brands, including family names such as Disney, can provide part of that sense of support, as Isaac Mugisha pointed out. Beyond Pride, some corporations are taking active steps to effect change in laws concerning LGBT rights — this year, a number of brands, among them General Electric, Whole Foods and Pepsi, refused to do business with the state of North Carolina in response to the passing of the HB2 "bathroom bill".

At the march, I spot a great plume of silver hair that erupts above the heads of the crowd. It belongs to Jessie Hatter, a slim, corseted drag queen whose spectacular height owes a debt to the towering red platform heels on which she is perched. Aged 24, she started doing drag two months ago,

she tells me, and this is her first time at Pride. "My family's not too accepting of what I do," she says. Her mother hasn't spoken to her since she started performing. "But it's nice to know that I could build my own family." She looks around at the masses. "Every single person in this parade, whether they know it or not, we're all family."

© Daniel Shea/Webber Represents

As Pride continues to evolve, it may be that the debate over its commercialisation proves, to a large extent, to be a generational one. "If you take people my age," says Michael

Bronski, who was 20 when the Stonewall riots took place, "down to people in their mid-forties, they grew up in a very different political atmosphere than younger people, who grew up with the notion that same-sex marriage might happen, that the Aids epidemic was over." He points to the different expectations of millennials, who have grown up in a "commercialised culture" — one in which it is increasingly accepted that every aspect of life, both on- and offline, will be colonised by marketers.

*Airbnb's mobile pop-up at Pride in San Francisco in June 2015 © Airbnb*

At the base of the Teaze pier, beside a double-decker Bud Light trailer, I meet one of Pride's newest fans. Lila Luna, 23, is a student from California with cropped brown hair and baggy jeans who is in the city for the summer with two female friends. It's their first time at this event, and they're impressed. "This is so great," says Luna, looking around at the dancing masses. "Events like this are super-important."

I ask what she thinks of the idea that Pride has become too commercial — and that, in the process, it has lost some of its original message. "I've heard people saying that, and it's bullshit!" she says sharply, pointing her beer at me. The friends, one of whom has taken the opportunity to cling on to my arm with her beer-free hand, nod in agreement.

T-Mobile's free "Mobilize for equality" rucksacks swing from their shoulders. "If Pride didn't get commercial support," concludes Luna, "it wouldn't be as big. And we like it big!"

*© Daniel Shea/Webber Represents*

© Daniel Shea/Webber Represents

© Daniel Shea/Webber Represents

*Revellers at NYC Pride on Fifth Avenue © Daniel Shea/Webber Represents*

*India Ross is an FT Weekend journalist*

*Photographs: Daniel Shea/Webber Represents; Isaac Kasamani/AFP/Getty Images; NY Daily News Archive via Getty Images; Fred W. McDarrah/Getty Images; Stuart Ramson/AP; Tiffany & Co/Peter Lindbergh; Airbnb*

Copyright The Financial Times Limited . All rights reserved. Please don't copy articles from FT.com and redistribute by email or post to the web.

**View comments**

Latest from

# FT Magazine

Kashiwaya Osaka Senriyama, Japan: 'a flawless experience' — restaurant review

June 27, 2019 10:33 am

Boris, Corbyn and other English archetypes

June 27, 2019 4:01 am

America's new redneck rebellion

June 27, 2019 3:34 am

The rise and rise of a Vietnamese corporate empire

June 27, 2019 3:00 am

How ancient rituals help us adapt to the digital age

June 26, 2019 3:48 pm

1

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Mariah Lopez
The Strategic Trans Alliance for Radical Reform

V

InterPride Inc, Heritage of Pride Inc,
Mayor Bill DeBlasio,
the New York City Police Department,
 John and Jane Doe's 1-20

COMPLAINT

## PARTIES

Mariah Lopez

Plaintiff Mariah Lopez is a United States citizen currently residing in New York. Plaintiff is a trailblazing legal advocate for several social justice causes, most notably as a champion for transgender rights; Plaintiff Mariah Lopez is the current executive director of Strategic Trans Alliance for Radical Reform (STARR), a nonprofit founded in New York City in June 1969.

### Strategic Trans Alliance for Radical Reform

Strategic Trans Alliance for Radical Reform (STARR) was founded in New York City in June 1969 during the Stonewall Rebellion by Marsha P. Johnson and Sylvia Rivera. They started STARR—then titled "Street Transvestite Action Revolutionaries"— as a way to address the issues they found important: hunger, homelessness, police violence, and criminal justice reform.

Today, STARR has chapters in multiple states across the U.S., which are made up of members and allies from all walks of life, addressing essentially the same issues Sylvia and Marsha did—poverty homelessness, violence, and barriers to accessing healthcare. STARR combines grassroots guerilla organizing, with legal know-how and public healthcare expertise. STARR enjoys a fiscal sponsorship agreement with Trans United Fund.

2

STARR, as a competitor and as consumer in the Pride industry marketplace, has been injured by the
actions of the Defendants.

### InterPride

InterPride is a 501(c)(3) charity that controls the worldwide licensing and other business opportunities
related to the branding and promotion of "Pride"-related events, such as WorldPride. Founded in 1982
and incorporated in Texas, InterPride now has 280 member organizations from 53 countries. It is funded
by membership dues, sponsorship, merchandise sales and donations from individuals and organizations.

### Heritage of Pride

Heritage of Pride is a charity that organizes New York City's largest parade and other related events,
known as NYC Pride. A 501(c)3 tax-exempt organization incorporated in the state of New York, Heritage
of Pride was formed in 1992 and took over parade-planning responsibilities from the Christopher Street
Pride Festival, a similar nonprofit which organized the Pride parade and related events until allegations of
mob involvement, money laundering and even murder related to the Pride parade and subequent festival
in Greenwhich Village, forced them out of the Pride business.

### Mayor Bill DeBlasio

As mayor of New York City, Bill DeBlasio is a direct party or beneficiary of the antitrust allegations set
out in this complaint. The City benefits from Stonewall having occurred here in more ways than social
progress and collateral tourism dollars. Especially as Pride has grown as an industry and WorldPride 2019
was licensed for NYC Pride, Mayor DeBlasio is furthering and supporting these monopolistic practices
between Heritage of Pride, InterPride, and the city.

The ability of Heritage of Pride to use the Police as event security—as 'muscle'—adds a layer of brute yet
also passive aggression not usually seen in antitrust cases
(*NYPD-Issued Parade Permit = 'manpower')

The City (officials and agents of the Mayor) have offered aid and preference to Heritage of Pride in
violation of the Fourteenth Amendment, the Sherman Antitrust Act, and the Clayton Act by allowing
Heritage of Pride to enjoy exclusive rights to host and produce Pride events at the expense (and
protection) of taxpayers police dollars.

### New York City Police Department
The New York City Police Department (NYPD) operates the Police force and department, for the City of
New York. The NYPD is in charge of reviewing permits for public gatherings, approving said permits,
and providing police officers for crowd control; NOT so the NYPD can be used as a private security force
for the group or individuals granted a permit.

### BACKGROUND

3

Plaintiff Mariah Lopez first made contact with Heritage of Pride in 2017-2018 in order to execute lawful    ⌐Commented [1]: exact date?
duties as the head of STARR, itself a brand and provider of goods, products and services, in order to
solicit community partnerships and financial opportunities. In other words, Plaintiff became a NYC Pride
industry competitor.

The duality of Plaintiff's interest and responsibilities should have no bearing on the facts of this case and
certainly not the law.

Plaintiff Mariah Lopez, in her capacity as a private citizen, asserts from the outset of these filings that a
clear conflict is now present—or at least for the first time—between Plaintiff's rights as a private citizen
and Plaintiff's role as executive director of STARR. As such, this case may need to be evaluated by a
legal and/or ethics professional, along with any other means to remedy potential conflicting interests and
responsibilities identified by the court.

As head of STARR, Plaintiff does not forfeit any legal rights or protection as a private citizen per se, and,
Plaintiff only became aware of the scandalous behavior and antitrust violations committed by the
Defendants in her role as STARR's executive director.

At this time, Plaintiff alleges and asserts misconduct and wrongdoing committed by all of the Defendants.
This misconduct and wrongdoing have harmed the Plaintiff physically, financially, and emotionally.

This Court may find it in the interest of justice to appoint counsel for Plaintiff or STARR as an
organization. Either way, Plaintiff lays bare this potential conflict.

Since approximately May 2017 the Heritage of Pride has engaged in a pattern of behavior that violates
Plaintiff's rights under the First, Eighth and Fourteenth Amendments of the U.S. Constitution, as well as
the Sherman Antitrust and Clayton Acts.

Plaintiff participated in the 2018 Pride March procession with the permission of the Heritage of Pride.
Plaintiff should have been protected by members of the NYPD as well as Heritage of Pride's security
personnel.

Instead, people working for the Heritage of Pride—seemingly as a security agent—subjected Plaintiff to
verbal abuse and threats of physical violence in response to, among other potential factors, Plaintiff's
request for the provision of reasonable accommodations guaranteed by the Americans with Disabilities
Act of 1990 (ADA). Examples of verbal harassment performed by Heritage of Pride personnel included
"Women don't act like that" and "Ain't nothing wrong with you."

As this interaction was taking place during the march, an unnamed member of the NYPD, who was white,
male, and wearing a tan suit, became involved. He affirmed that the Heritage of Pride agent was verbally
harassing. Additionally, the unnamed NYPD member affirmed that such harassment was motivated by the
Heritage of Pride agent's perception of Plaintiff's gender identity, medical conditions, and disabilities.
The verbal harassment violated Plaintiffs rights under the First Amendment of the U.S. Constitution.

4

Plaintiff has video/photo proof to support these allegations from the 2018 Pride March.

On June 20, 2019, a male agent of the Heritage of Pride assaulted, harassed, and defamed Plaintiff inside of the Heritage of Pride Welcome Center.

This behavior and conduct by Heritage of Pride staff, contractors and Board Members also violate Plaintiffs rights and protections under 28 U.S. Code § 4101 Section II of the ADA, and various other local, state, and federal laws and statutes.

InterPride and the Heritage of Pride are participating in practices which are in direct violation of the spirit and letter of law within both the Sherman Antitrust Act and the Clayton Act.

The Pride parade, related events, merchandise and all other branding or promotion ventures represent an industry worth billions of dollars. This industry stemmed from the events at Stonewall.

> **Commented [2]:** you are going to want to have some numbers to back this up

InterPride and Heritage of Pride are artificially suppressing competition in this industry; competition in producing and branding of events; production and provision of products and services.

The consumers in this industry are 1) large corporations which seek product and marketing opportunities during Pride months (which has been expanded by InterPride to include Pride celebrations across the globe; over the course of six or so months), and 2) the general public, consumers of material goods and services, as well as nonprofits or other entities endeavoring to compete in the Pride marketplace.

Heritage of Pride controls corporations' access to Pride events by requiring a hefty fee for floats, product advertisement/placement, and official Pride licensing. Consumers of material goods and services (including events accessed through the purchasing tickets) depend on Heritage of Pride to produce events through partnerships, and the Pride industry in turn to produce products and goods. The quality and subsequent improvement and innovation within this market area is controlled and negated by the stifling grip held by InterPride and Heritage of Pride over the Pride industry.

In a cultural marketplace defined by television series like *Pose* and movies like *Black Panther*, consumers are demanding diverse, culturally-competent, socially-conscious products and services.

It would be a reasonable assumption at this point in history, given current events and popular culture, that American consumers within a mainstream marketplace would most likely agree that InterPride and Heritage of Pride's events and branding is lacking in authentic diversity and commitment to social justice. Diversity of the market and availability of new products and services for consumers is overdue.

NYC Pride 2019 and WorldPride events produced by Heritage of Pride and InterPride appropriate the images of people of color, like with photographs of LGBTQ people of color from 1969 to models of color in contemporary art commissioned for this years Pride celebrations. But it's a facade. Actual NYC Pride events are culturally unfamiliar to many POC consumers.

5

And with Afropunk and the Women's Marches as examples of relatively new entities that have recently organized the production of large, complex events similar to Pride (including related events and spin-off industries/markets), it is now clear that InterPride and the Heritage of Pride as a partnership, are facing competition in the mainstream Millennial-friendly entertainment market area focused on social justice. And they are threatened.

Activist culture and social justice events are more profitable than ever.

Without community-facing business and charities, large corporations have no direct artery to consumer niches, like Black transgender and LGBQ individuals.

Although at increased risk for early mortality by all measurable factors (AIDS; suicide; violence) and therefore hopefully top priority for charities, Black transgender women are notoriously difficult to target and reach with public health interventions and services. The partnership between pharmaceutical giant Gilead and Housing Work, an HIV/AIDS nonprofit in New York City, is an example of a corporate-charity collaboration intended to serve Black trans women.

The Pride Parade and other large expensive events provide a delivery system for the products and advertising of large corporations to direct consumers.

Within this same system, large corporations are in many ways dependent on community/consumer facing orgs or businesses (Housing Works, STARR, Heritage of Pride, the Women's March; Afropunk) to reach consumers.

Conversely because these community/consumer facing orgs rely on large corporations to invest in Pride events, healthcare, consumer goods, and annual/seasonal content,
things were bound to get near the line of antitrust violations.

InterPride and Pride have most likely violated antitrust laws within practices and agreements between its vendors and corporate sponsors/partners

It is easy to see how seemingly innocent business partnerships and product placement deals between InterPride, Heritage of Pride and large corporations, could evolve nefariously into deals which lock competitors out.

"Friends take care of Friends". InterPride and Heritage of Pride most likely returned to the same watering hole; the large corporations didn't have to search for and vet a new organization each Pride season (under the status quo).

InterPride and Heritage of Pride begin planning the following years Pride once the instant Pride ends, days later. It's easy to understand how exclusionary practices which lock out competition, develop.

It is not uncommon for Pride marketing partnerships to be branded around themes, such as this years Stonewall 50th; or World Pride.

6

Such partnerships by design, are usually quite lucrative and take years of exclusive dealing which may violate the law, to work out.

If a small group of large corporations Or non profits control these partnerships via underhanded or exclusionary practices, this violates the spirit of antitrust legislation on both state and local levels.

Because of the connection and history between New York/Stonewall/the Pride march, Heritage of Pride (NY), has always had a valuable, dominating stake in the Pride industrustry.

Within several years of its creation in 1992, Heritage of Pride was facing criticism from the TLGBQ community in general for its alleged over dependence on corporate dollars as well as corporate influence, in the parade planning process. Ironically, said corporate dollars and influence made Heritage of Pride apparently impervious to the complaints from community, complaints that a parade rooted in the protests by and homeless individuals in1969, now had finacnial giants such as JP Morgan Chase, as lead sponsors.

InterPride's and Heritage of Pride's own biographical histories, place their rise in control and influence of a worldwide Pride industry at the beginning of the AIDS crisis. In some ways this is booth telling and chilling, due to the fact that money; money for antiviral treatment and drugs; money for resource and housing for those dying from AIDS related illness, money for education and research, money was scarce in the 80's and 90's; money was at issue.

It is during this period that InterPride and Heritage of Pride colluded to control and expand Pride as an industry; excluding competition.

InterPride and Heritage of Pride were jointly controlling branding and marketing areas worth millions of dollars, by the mid to late 1990's

InterPride's and Heritage of Pride's original staffers and deal makers, must have been shrewd business folk indeed, to build up such a brand and partnership (creating a multi billion dollar industry), while tens of thousands of people, many TLGBQ individuals, were hungry, homeless, and dying. The AIDS crisis at full blaze. The U.S. government can be sure that deals which violate the spirit of antitrust legislation, were brokered by InterPride and Heritage of Pride throughout these years.

Whether InterPride and Heritage of Pride sought control the Pride industry or related events to get rich or not, is irrelevant. When it comes to violating the spirit of the Clayton or Sherman Acts, what matters ( what court must consider) is the legislative intent; to prevent or punish one or more characters who conspire pulling the levers of power of large industries...worth  Billions, or to discourage or deter competitors.

InterPride have no legal or historical right to produce and control Pride events; this is where the New York City Police Department comes in. Police officials refuse to grant other organizations besides Heritage of Pride the necessary permits to attract corporate partners.

7

Large companies will not consider organizations for partnerships, if the NYPD won't provide a permit to host the "NYC Pride" to the community/consumer facing organization. This goes without saying

Over the years, multiple New York based non profits with historical roots and membership in the TLGBQ community have attempted to join Heritage of Pride in planning Pride; offering staff and resources up as non-profit equals, offering to partner with Heritage of Pride, and corporations...to produce the NYC Pride events.

Yet Heritage of Pride has refused all offeres of joint non profit partnerships with other New York based non profits.

Heritage of Pride has maintained a culture of exclusion and elitism within its secretive,closed door policies.

"Pay no attention to the man behind the curtain ..... ." is the sentiment and cinematic moment realized by Plaintiff Mariah Lopez when the operation side of the NYC Pride planning was partially revealed last year. Plaintiff had expected more formality and protocol; Plaintiff was disillusioned by the experience.

Most consumers of Pride merchandise and events have never heard of InterPride and/or Heritage of Pride.

Most don't fully grasp or understand this relatively small organization's enormous control, over a market spans the globe; and who can access or compete in this market. A few select individuals.

InterPride and Heritage of Pride's use of 501(3) status under the law, shields the pair from the vast majority of official or public scrutiny. Most of the general public have a reasonable belief they all charities are rigorously audited, beyond reproach and who wouldn't dare invite scandal by breaking the law; either staff or board members. Legal professionals and observers know better.

In 2018, The Strategic Trans Alliance for Radical Reform and Heritage of Pride began engaging in a dialogue with Heritage of Pride (via meeting phone calls and in person meetings) with the objective of finding the plan/agreement to best collaborate in planning of Pride 2019; 2019 (Stonewall 50th) seemed a perfect time for a partnership which put Trans issues, products, services and goods, at the front of the celebrations; at the center of Pride. Heritage of Pride made symbolic good faith gestures as a miscalculated effort to "control" STARR; distract and delay.

However Heritage of Pride was never negotiating in good faith; they used deceptive and underhanded, dishonest and unethical tactics and practices to mislead STARR into believing that access to the planning process was being somewhat democratized for the sake of producing the best Stonewall 50th events, and services. This was not the case. Heritage of Pride's professional conduct and interactions with STARR changed when STARR implied a tri-partnership on certain projects (STARR, Heritage of Pride, *Unnamed Corporate Sponsor)

8

STARR wanted to try and produce the best World Pride; STARR was interested in puting corporations to work for the "people", through sweat equity, community service centered models for corporate participation in Pride.

STARR proposed plan wasn't all politics and reparations; STARR also mentioned lowering the cost of accessing the parade process for Corporations which aid Trans rights/causes year round. This created competition that Heritage of Pride did not appreciate...competing for the business of large corporations, by lowering the fee STARR would charge large corporations to participate in "Pride".

Stonewall 50th connection to New York City meant that, whichever organization could succesfully navigate and overcome Government Restrictions on Entry requirement under the law, controlled World Pride NYC. Even though STARR tried to obtain it on our own since 2017, STARR has been denied the parade permit for either 5th or 7th avenues, the last week in Ju e, two years in a row. The NYPD favors the Heritage of Pride.


Heritage of Pride and STARR entered into an oral contract to apply for the permit for the World Pride Parade permit from the NYPD jointly.

By effecting this lie and breaking the deal with STARR, InterPride and Heritage of Pride overcome the first obstacle in moving towards monopolistic and anti competitive practices by overcoming governmental restrictions or control on the Pride industry; without a Parade Permit (Government Controlled access/entry) there is no Pride Parade. No Parade, no Pride 'season'.

In the case of InterPride and Heritage of Pride and antitrust violations, an example of network externality would be the exponential growth of Pride and related products, expanding into the "family" friendl market and genre, from adult only content.

In the not so distant past, Pride celebrations were adult's only, 21 and over affairs. The rapid expansion of the Pride industry into toys and cartoons from adult circuit parties and nude sexually charged events, is an example of network externality.

As New York Pride grows larger and larger as a brand and industry, InterPride and Heritage of Pride also seem to be involved practices which represent the definition of a natural monopoly. The cost of providing the product of "Pride" is dropping for InterPride and Heritage of Pride, while the events and reach of these events (products and services. .) grow ever larger.

Extraordinary Retaliation
Both the Office of the Mayor and Heritage of Pride have engaged in Retaliation prohibited under anti discrimination statutes on the state and local level.

Heritage of Pride forfeit/ cancelled contracts negotiations with STARR, regarding at least $10,000 which was set to be given given to STARR to prepare Pier 45 in NYC for Pride weekend;

9

Heritage of Pride is also threatening to have Plaintiff forcibly removed and arrested if Plaintiff attends the annual Pride March, or assumes previously appointed role/spot as the team/march leader, at the People Of Color Contingent, Sunday Morning.

Heritage of Pride is citing erroneous public safety concerns for their abuse of the permit process and privileges. Plaintiff is being targeted for relation by Parade and March officials as a result of Heritage of Prides overall contempt with Plaintiffs insistence that City and Heritage of Pride, and InterPride, cease practices which artificially harm the consumers, and competitors.

**For the reasons and facts cited and put forth to within this document plaintiff intends on attaching and file an accompanying motion for a temporary restraining order directed along with other Injunctive Relief.**

**Plaintive praise this court grant said release and or any other equitable relief believe to be just and warranted.**

Mariah Lopez

v

The Heritage of Pride,
InterPride The NYPD

Letter in Support of
TRO

IF this (court my sorry) were to take No Action, Defendants
will get away w/ breaking the Law.
Plaintiffs requests under the ADA
have Spanned over a year and are
Just... and Good. People w/ Service Dogs,
with mobility impairments, Even PTSD,
are entitled to reasonable accomodations
* The Plaintiff offered reasonable Solutions
for over a year: Cooling AND/OR Rest Centers
(For People with Autism, Service dogs, PTSD) for People
to get away from the heat, Noise triggers,

Plaintiff also suggested "ExpressLanes" be provided for visually impaired, ~~worked fresh~~ and individuals w/ medical devices (wheelchairs + service Dogs) and who are mobility impaired. ✱ Any financial or logistical cost or inconvenience suffered by Defendants IS THEIR FAULT.

✱ Banning the Heritage of Pride-March from going forward hurts NO ONE but large corporations (if at all). There is an alternate march tourists can attend

✱ The permit cam be used to provid a blocks (miles?) long Festival/BlockParte instead. violations of The Sherman & clayton Acts, as well as ADA can be remedied if Defendants (plus big companies) are forced to actually "provide" products or services. A parade offers no such opportunity